IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OMAR GALLARDO,<br>    Plaintiff, | § § § | |
| v. | § § | EP-17-CV-323-PRM |
| CST SERVICES, LLC,<br>individually and d/b/a<br>VALERO,<br>    Defendant. | § § § § | |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' joint "Stipulation of Dismissal of All Claims" (ECF No. 61) [hereinafter "Stipulation"], filed on November 16, 2018, in the above-captioned cause. In the Stipulation, the parties informed the Court that they "stipulate to the dismissal of all claims pursuant to their agreement with each party to bear their own costs and attorney fees." Stip. 1.

Federal Rule of Civil Procedure 41(a)(1)(A) states that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." In this case, all pertinent parties have signed the Stipulation. Stip. 1–2. Therefore, the Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that the parties' "Stipulation of Dismissal of All Claims" (ECF No. 61) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 16 day of November, 2018.

*[signature]*

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE